CLERK, U.S. DISTRICT COURT
JUL 19 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS AGUAS,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., et al.,<br><br>Defendants. | Case No. 2:18-cv-04263-SVW-SK<br><br>[~~PROPOSED~~] ORDER REGARDING STIPULATION TO REMAND REMOVED ACTION |

### ORDER

On July 18, 2018, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. United States District Court, Central District of California case number 2:18-cv-04263-SVW-SK, styled *CARLOS AGUAS vs. HOME DEPOT U.S.A., INC., at al.*, is hereby remanded to the Superior Court of California, County of Los Angeles - Central District.

IT IS SO ORDERED.

Dated: 7/19/18

_____
UNITED STATES DISTRICT JUDGE
HON. STEPHEN V. WILSON

-1-

[PROPOSED] ORDER REGARDING STIPULATION TO REMAND REMOVED ACTION

Goodman
Neuman
Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
Tel.: (415) 705-0400